## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION<br>NO. 04-CV-12354-RGS

| | |
|---|---|
| BRIAN AND KEVIN GAFFEY | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| ACADIA INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant | ) |

### DEFENDANT'S MOTION TO DISMISS

NOW COMES Defendant Acadia Insurance Company, by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and pursuant to Rule 12(b)(6), F.R.Civ.P., and Rule 7.1, Rules of the United States District Court for the District of Massachusetts, respectfully moves this Honorable Court to dismiss the Complaint with prejudice. The ground for this motion is that the Complaint is time-barred and, hence, fails to state a claim on which relief can be granted, all as set forth more fully in Defendant's accompanying Memorandum of Law.

Dated at Portland, Maine this 24th day of January, 2005.

ACADIA INSURANCE COMPANY

By its Counsel:

/s/Leonard W. Langer

                                                      2

                                        /s/Marshall J. Tinkle
                                        BBO# 565513

TOMPKINS, CLOUGH, HIRSHON & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
(207) 874-6700
lwlanger@tchl.com

## CERTIFICATE OF SERVICE

      I, Leonard W. Langer, hereby certify that on January 24, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  David Smith Esq., Cianciulli & Ouellette, 163 Cabot St., Beverly,  01915, counsel for Plaintiff.

                                        /s/  Leonard W. Langer

LWL/Acadia/Gaffey/Mot Dismiss