# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV-12354-RGS

BRIAN AND KEVIN GAFFEY            )
                                 )
                    Plaintiffs   )
        v.                       )
                                 )
ACADIA INSURANCE                 )
COMPANY                          )
                                 )
                    Defendant    )

## DEFENDANT'S MOTION FOR ADMISSION OF
## LEONARD W. LANGER, ESQ., *PRO HAC VICE*

NOW COMES Defendant Acadia Insurance Company, by and through his counsel, and respectfully moves this Honorable Court for entry of an Order admitting Leonard W. Langer, Esq. to practice before this Court *Pro Hac Vice* in all matters relating to the action styled <u>Gaffey v. Acadia Insurance Company</u> docket no. 04-CV-12354-RGS.  In support of its Motion, Defendant submits the Affidavit of Leonard W. Langer, Esq., in accordance with Local Rule 83.5.3(b).

Mr. Langer is an attorney at law presently admitted to practice and in good standing before the courts of the State of Maine, the United States District Court for the District of Maine, the United States Courts of Appeal for the First and Third Circuits, and the United States Supreme Court.  There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.  He is fully familiar with the facts and proceedings in this matter.  He is of sound moral character and is fit to practice law before this Court, and is familiar with the rules of the United States District Court for the District of Massachusetts.

Accordingly, Defendant, by its counsel, respectfully requests that this Motion for Admission

*Pro Hac Vice* be granted.

Dated:  January 24, 2005.


                                                    ACADIA INSURANCE COMPANY

                                                    By its Counsel:

                                                    /s/   Marshall J. Tinkle, Esq.
                                                    BBO #565513


Tompkins, Clough, Hirshon & Langer. P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME  04112-5060
(207)874-6700

## CERTIFICATE OF SERVICE


        I, Leonard W. Langer, hereby certify that on January 24, 2005, I electronically filed

the within document with the Clerk of the Court using the CM/ECF system which will send a

notification of such filing(s) to the following:  David Smith Esq., Cianciulli & Ouellette, 163

Cabot St., Beverly,  01915, counsel for Plaintiff.


                                                    /s/  Leonard W. Langer_____


LWL/Acadia/Gaffey
Mot Pro Hac Vice