# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV-12354-RGS

| | |
|---|---|
| BRIAN AND KEVIN GAFFEY | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| ACADIA INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant | ) |

### AFFIDAVIT OF LEONARD W. LANGER IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

Leonard W. Langer, first being duly sworn, deposes and says under penalties of perjury:

1. My name is Leonard W. Langer, and I am an attorney-at-law duly admitted to practice, and in good standing, in all of the courts in the State of Maine, the United States District Court for the District of Maine, the United States Courts of Appeal for the First and Third Circuits, and the United States Supreme Court.

2. I was admitted to practice by the Supreme Judicial Court of the State of Maine on September 27, 1979. I was admitted to practice before the United States District Court for the District of Maine in October, 1979, before the United States Court of Appeals for the First Circuit on December 9, 1987, the United States Court of Appeals for the Third Circuit on March 24, 2003, and before the United States Supreme Court on December 8, 2004.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice, and there are no disciplinary actions pending against me in any jurisdiction.

4. I am currently a shareholder in the law firm of Tompkins, Clough, Hirshon & Langer, P.A., Three Canal Plaza, P.O. Box 15060, Portland, Maine, 04112-5060, 207-874-6700, and have practiced with the firm since its inception in September, 1994. Prior to that time, I was a partner in the law firm of Thompson, McNaboe, Ashley & Bull, 85 Exchange Street, Portland, Maine. Prior to my association with the latter firm, I was a law clerk for the Maine Supreme Judicial Court during the period from June, 1978 through June, 1979.

5. Upon information and belief, neither I, nor any member of the firm of Tompkins, Clough, Hirshon & Langer, P.A., have been denied admission or been disciplined in accordance with the rules of this Court or any other Court.

6. I have been requested by Defendant Acadia Insurance Company to appear as its counsel in this action with regard to the claims of Brian and Kevin Gaffey.

7. I have previously been admitted to practice *pro hac vice* in the Superior Court of the Commonwealth of Massachusetts, as well as in the United States District Court for the Districts of Massachusetts, New Hampshire, Rhode Island, Vermont, Connecticut, Mississippi, the Western District of Missouri, and the Southern District of New York.

8. I am making this Affidavit in support of Marshall J. Tinkle, Esq.'s Motion to Admit me *Pro Hac Vice* before the United States District Court for the District of Massachusetts in the above captioned matter.

9. I am familiar with the rules and procedures of the United States District Court for the District of Massachusetts.

DATED:   January 24, 2005

/s/  Leonard W. Langer, Esq.


STATE OF MAINE  
CUMBERLAND, ss.                                            January 24, 2005.

Personally appeared the above-named Leonard W. Langer and swore that the foregoing Affidavit is true.

Before me,

/s/  Karen Belton  
Notary Public, State of Maine  
My Commission Expires On: 08/26/06


**CERTIFICATE OF SERVICE**

I, Leonard W. Langer, hereby certify that on January 24, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  David Smith Esq., Cianciulli & Ouellette, 163 Cabot St., Beverly,  01915, counsel for Plaintiff.

/s/  Leonard W. Langer


LWL/Acadia/Gaffey  
LWL Aff'd