## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV-12354-RGS

| | |
|---|---|
| BRIAN AND KEVIN GAFFEY | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| ACADIA INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant | ) |

## DEFENDANT'S MOTION TO WITHDRAW
## MOTION TO DISMISS AND FOR ENLARGEMENT
## OF TIME TO SERVE ANSWER

NOW COMES Defendant Acadia Insurance Company, by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and respectfully moves this Honorable Court (a) for permission to withdraw its Motion to Dismiss, based on discussions with Plaintiffs' counsel, and (b) for leave to serve and file its Answer to the Complaint within ten days from the date on which the Court acts on this Motion.  Plaintiffs consent to this Motion.

Dated at Portland, Maine this 4th day of February, 2005.

ACADIA INSURANCE COMPANY

By its Counsel:

/s/   Leonard W. Langer

/s/   Marshall J. Tinkle
BBO# 565513

TOMPKINS, CLOUGH, HIRSHON & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
(207) 874-6700
lwlanger@tchl.com

## CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on February 4, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following: David Smith Esq., Cianciulli & Ouellette, 163 Cabot St., Beverly, MA   01915, counsel for Plaintiffs.

/s/  Leonard W. Langer

Gaffey: Mot to w/Draw Mot Dis.