UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTs

```
                                            CIVIL ACTION
                                            Docket No.: 04CV12354-RGS


BRIAN GAFFEY and KEVIN GAFFEY       )
                                    )
         Plaintiffs,                )
                                    )
v.                                  )
                                    )
ACADIA INSURANCE COMPANY,           )
                                    )
         Defendant.                 )
```

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned hereby certify to the Court that they have conferred with regard to establishing a budget for the cost of conducting the litigation and the possible use of the District Court's Alternative Dispute Resolution programs.

The undersigned have also conferred with regard to the question of settlement.

DATED at Portland, Maine, this 17th day of March, 2005.

    /s/   Leonard W. Langer, Esq.

    /s/   Marshall J. Tinkle, Esq.
        Bar No. 565513

Counsel for Defendant
Acadia Insurance Company

Tompkins, Clough, Hirshon
   & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
  207-874-6700

2

/s/   Barbara L. Taylor
Director, Property & Casualty Claims
Acadia Insurance Company

(responsible for handling the claims asserted by Plaintiffs herein)

CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on March 17th, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  David S. Smith Esq., Cianciulli & Ouellette, 163 Cabot St., Beverly,  01915, counsel for Plaintiffs.

/s/   Leonard W. Langer

Acadia/Gaffey/Certificate of Compliance

2