UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ACADIA INSURANCE COMPANY, )<br>)<br>      Defendant. ) | CIVIL ACTION<br>NO.: 04CV12354-RGS |

**CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)**

      Plaintiffs, Brian Gaffey and Kevin Gaffey hereby certify that they have conferred with counsel:

(a)     with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in Local Rule 16.4.

Respectfully submitted
Brian and Kevin Gaffey,
By their attorney,

/s/ David S. Smith                                        /s/ Kevin Gaffey
_____            _____
David S. Smith, Esq., BBO# 634865            Kevin Gaffey
Cianciulli & Ouellette
163 Cabot Street
Beverly, MA 01915
(978) 922-9933

                                                                  /s/ Brian Gaffey
Dated March 28, 2005                             _____
                                                                   Brian Gaffey