# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTs

| | | |
|---|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.: 04CV12354-RGS |
| | ) | |
| ACADIA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Brian Gaffey and Kevin Gaffey (the "Plaintiffs") and Acadia Insurance Company (the "Defendant") (collectively referred to as "the Parties"), submit the following Joint Statement pursuant to Local Rule 16.1(D).

I.   AGREED-UPON DISCOVERY PLAN

The Parties agree on the following proposed discovery plan:

1.   The Parties will serve their Fed.R.Civ.P. 26(a)(1) disclosure on or before June 15, 2005.

2.   Non-expert discovery to be concluded on or before September 30, 2005.  The Parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c).  If the need arises after discovery is commenced, the Parties reserve the right to seek the Court's approval to exceed the ten-per-side limit.

3.   Depositions noticed pursuant to Fed.R.Civ.P. 30(b)(6) and depositions of experts shall be taken in or near the locality where the witness resides or works unless both Parties and the witness agree or there is a court order otherwise.

    4.       Plaintiffs must provide the expert disclosure required pursuant to Fed.R.Civ.P. 26(a)(2) on or before October 31, 2005.

    5.       Plaintiffs shall produce their proposed trial experts for deposition on or before December 1, 2005.  In accordance with Fed.R.Civ.P. 26(b)(4), expert witnesses should be produced without need for subpoena.

    6.       Defendants must provide the expert disclosure required pursuant to Fed.R.Civ.P. 26(a)(2) on or before January 16, 2006.

    7.       Defendant shall produce its proposed trial experts for deposition on or before February 28, 2006.  In accordance with Fed.R.Civ.P. 26(b)(4), expert witnesses should be produced without need of subpoena.

    8.       With respect to expert depositions, the party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed.R.Civ.P. 26(b)(4).  The Parties shall be responsible for compensating their own experts for all preparation time.

II.      <u>PROPOSED SCHEDULE FOR THE FILING OF MOTIONS</u>

    1.       All motions relating to joinder of Parties, claims, and remedies and all motions to amend pleadings shall be filed on or before September 1, 2005.

    2.       All dispositive motions, including summary judgment motions pursuant to Fed.R.Civ.P. 56, shall be filed on or before March 15, 2006.

    3.       The Parties anticipate being ready for trial in May of 2006.

III.    <u>ADR AND TRIAL BY MAGISTRATE</u>

The Parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3). The Parties have previously filed the required statements pursuant to Local Rule 16.1.

| The Plaintiffs | The Defendant |
|---|---|
| BRIAN AND KEVIN GAFFEY | ACADIA INSURANCE COMPANY |
| By their attorney | By its attorneys |
| | |
| <u>/s/   David S. Smith, Esq.</u> | <u>/s/   Leonard W. Langer, Esq.</u> |
| BBO# 634865 | Marshal J. Tinkle, Esq. |
| Cianciulli & Ouellette | BBO# 565513 |
| 163 Cabot Street | Tompkins, Clough, Hirshon & Langer, P.A. |
| Beverly, Massachusetts 01915 | 3 Canal Plaza |
| | P.O. Box 15060 |
| | Portland, Maine 04112-5060 |

Dated:  May 9, 2005