UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACADIA INSURANCE COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO.: 04CV12354-RGS |

## PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS

NOW COMES the Plaintiffs, Brian Gaffey and Kevin Gaffey, by and through their attorney, David S. Smith pursuant to Rule 37 of the Federal Rules of Civil Procedure to request that this Honorable Court order the Defendant, Acadia Insurance Company to produce its caim mnual. The claim manual is directly relevant to the Plaintiffs' claims against the Defendant. The Plaintiffs specifically asked for the claim manual in its document request. The Defendant objected claiming the materials were confidential and proprietary. In support of this request, the Plaintiff is filing herewith a memorandum of reasons why the claims manual should be produced.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court order the Defendant, Acadia Insurance Company, to produce its claim manual and award the Plaintiff attorneys fees and costs as set forth under Rule 37 of the Federal Rules of Civil Procedure and grant any other relief the Court deems appropriate.

motioncompel.DOC                                    1

Brian Gaffey & Kevin Gaffey
By their attorneys

_____
Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933

## CERTIFICATE OF COMPLIANCE WITH FEDERAL AND LOCAL RULES

Pursuant to Local Rule 7.1 and 37.1 and Rule 37 of the Federal Rules of Civil Procedure, I David S. Smith, attorney for the plaintiff herein, hereby certify that I had a telephone discovery conference with Attorney Langer on August 15, 2005 in an attempt in good faith to resolve or narrow the issue.

_____
David S. Smith, Esq.

## CERTIFICATE OF SERVICE

I, David S. Smith, attorney for the plaintiff herein, hereby certify that I caused to have served a copy of the foregoing document upon Leonard Langer, attorney for the Defendant herein at Tompkins, Clough, Hirshon & Langer, P.A. 3 Canal Plaza, P.O. Box 15060 Portland, Maine 04112-5060 via regular mail, postage prepaid this 29th day of August, 2005.

_____
David S. Smith, Esq.