## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV-12354-RGS

| | |
|---|---|
| BRIAN AND KEVIN GAFFEY | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| ACADIA INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant | ) |

### CONSENTED TO MOTION FOR ENTRY OF
### CONFIDENTIALITY ORDER

NOW COMES Defendant Acadia Insurance Company ("Acadia") and moves pursuant to Rule 26, F.R.Civ.P., that the court enter the attached Agreed To Confidentiality Order in the above captioned matter. In support of its request, Acadia states that Plaintiffs have filed a Motion to Compel production of Acadia's Claims Manual. Acadia has objected to the disclosure of the manual on the grounds, *inter alia*, that it contains "confidential and proprietary information".

Counsel for Defendant has spoken with Plaintiffs' counsel regarding production of parts of the manual pursuant to an Agreed to Confidentiality Order. Plaintiffs' counsel has agreed to the entry of the Order attached hereto as Exhibit A.

WHEREFORE, Defendant Acadia Insurance Company requests that the court enter the attached Agreed to Confidentiality Order in the above captioned matter.

Dated:  September 2, 2005

/s/   Leonard W. Langer, Esq.

Counsel for Defendant
Acadia Insurance Company

Tompkins, Clough, Hirshon
   & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
  207-874-6700

CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on September 2nd, 2005, I electronically served a copy of the within document on David S. Smith Esq., Cianciulli & Ouellette, 163 Cabot St., Beverly,  01915, counsel for Plaintiffs.

/s/   Leonard W. Langer

Acadia/Gaffey
Mot for Confidentiality Order

2