## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY )<br>  )<br>  Plaintiff, )<br>  )<br> v. )<br>  )<br> ACADIA INSURANCE COMPANY, )<br>  )<br>  Defendant. ) | CIVIL ACTION<br>NO.: 04CV12354-RGS |

### PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS CONCERNING A CLAIM MADE BY MARK PRIEST

NOW COMES the Plaintiffs, Brian Gaffey and Kevin Gaffey, by and through their attorney, David S. Smith pursuant to Rule 37 of the Federal Rules of Civil Procedure to request that this Honorable Court order the Defendant, Acadia Insurance Company to produce documents concerning a claim made by a Mark Priest that was similar to the Plaintiffs' claim and was denied for the same reason. Mark Priest's claim file is directly relevant to the Plaintiffs' claims against the Defendant. The Plaintiffs asked for these documents in their document request. The Defendant objected and refuses to produce the documents. In support of this request, the Plaintiff is filing herewith a memorandum of reasons why the Mark Priest claim file should be produced.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court order the Defendant, Acadia Insurance Company, to produce the claim file concerning Mark Priest and award the Plaintiff attorneys fees and costs as set forth under Rule 37 of the Federal Rules of Civil Procedure and grant any other relief the Court deems appropriate.

        Brian Gaffey & Kevin Gaffey
        By their attorneys

        /s/ David S. Smith
        _____
        Stephen M. Ouellette, Esquire
        BBO No.:  543752
        David S. Smith, Esquire
        BBO No.: 634865
        Cianciulli and Ouellette
        163 Cabot Street
        Beverly, MA 01915
        Tel:  (978) 922-9933

## CERTIFICATE OF COMPLIANCE WITH FEDERAL AND LOCAL RULES

      Pursuant to Local Rule 7.1 and 37.1 and Rule 37 of the Federal Rules of Civil Procedure, I David S. Smith, attorney for the plaintiff herein, hereby certify that I had a telephone discovery conference with Attorney Langer on September 2, 2005 in an attempt in good faith to resolve or narrow the issue.

        /s/ David S. Smith
        _____
        David S. Smith, Esq.

## CERTIFICATE OF SERVICE

     I, David S. Smith, attorney for the plaintiff herein, hereby certify on September 6, 2005, I electronically served the within document to Leonard Langer, attorney for the Defendant herein at Tompkins, Clough, Hirshon & Langer, P.A. 3 Canal Plaza, P.O. Box 15060 Portland, Maine 04112-5060.

        /s/ David S. Smith
        _____
        David S. Smith, Esq.