UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO.: 04CV12354-RGS |
| ) | |
| ACADIA INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF**
**PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS,**
**DOCKET NUMBER 13**

NOW COMES the Plaintiffs, Brian Gaffey and Kevin Gaffey, by and through their attorney, David S. Smith pursuant to give notice of withdraw Plaintiffs' Motion to Compel Defendant to Produce Documents, docket number 13.  The parties have reached an agreement that is satisfactory to the Plaintiff.

Brian Gaffey & Kevin Gaffey
By their attorneys

/s/ David S. Smith
_____
Stephen M. Ouellette, Esquire
BBO No.:  543752
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel:  (978) 922-9933

CERTIFICATE OF SERVICE

I, David S. Smith, attorney for the plaintiff herein, hereby certify on September 14, 2005, I electronically served the within document to Leonard Langer, attorney for the Defendant herein at Tompkins, Clough, Hirshon & Langer, P.A. 3 Canal Plaza, P.O. Box 15060 Portland, Maine 04112-5060.

/s/ David S. Smith
_____
David S. Smith, Esq..