**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BRIAN GAFFEY | ) | |
| | ) | |
| and | ) | CIVIL ACTION |
| | ) | NO.: 04 CV 12354-RGS |
| KEVIN GAFFEY | ) | |
| | ) | |
| Plaintifs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACADIA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

NOW COME the Parties to this action, by and through their counsel, and pursuant to this Court's order dated May 16, 2005, provide the following Joint Status Report.

The parties have been conducting discovery since May 16, 2005. Due to matters beyond the control of both parties' counsel, the four depositions, two by each side, scheduled by the parties had to be continued, and have not been completed as of this date. Once these depositions have been completed, the Parties will be in a better position to determine if experts will be need in this case, and whether additional discovery will be necessary.

Also the Court has apparently inadvertently stricken Plaintiff's Motion to Compel the Production of Documents concerning Mark Priest. The parties ask that said motion be reinstated on the list, and that a new deadline for responding be established. The Parties anticipate that they will come to an agreement concerning this issue in the very near future.

2

      The parties also ask for an additional 60 days to complete the four depositions that need to be taken. The Parties will give a Joint Status Report to the Court on or before December 1, 2005.

Dated: September 28, 2005

| Respectfully submitted | Respectfully submitted |
| --- | --- |
| Brian and Kevin Gaffey | Acadia Insurance Company |
| By their attorney, | By its attorney, |
| | |
| /s/   David S. Smith, Esq. | /s/   Leonard W. Langer, Esq. |
| BBO# 634865 | Tompkins, Clough, Hirshon & Langer, P.A. |
| Cianciulli & Ouellette | 3 Canal Plaza, P.O. Box 15060 |
| 163 Cabot Street | Portland, Maine 04112-5060 |
| Beverly, MA 01915 | (207) 874-6700 |
| (978) 922-9933 | lwlanger@tchl.com |

Acadia/Gaffey
Joint Status Report
9.28.05