UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACADIA INSURANCE COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO.: 04-CV-12354-RGS |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES, the Plaintiffs, Brian Gaffey and Kevin Gaffey, by and through their attorney, David S. Smith, to move this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to order partial summary judgment in favor of the Plaintiffs as to Count I of their Complaint. In support of this request, the Plaintiffs have filed herewith Plaintiffs' Statement of Facts in Support of Their Motion for Partial Summary Judgment, Plaintiffs' Statement of Confidential Facts in Support of Their Motion for Partial Summary Judgment, and Plaintiffs' Memorandum of Law in Support of Their Motion for Partial Summary Judgment.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court order the following:

1. Grant summary judgment in favor of the Plaintiffs as to Count I of their Complaint, finding that the loss of their vessel is covered under the policy;

2. that the Plaintiffs should recover the agreed value as stated in the policy ($37,000.00) plus the attorneys fees ($9,148.17) expended in mitigating their damages less the recovered monies ($12,000.00) plus appropriate interest;

3. That the Gaffeys should be awarded attorneys fees and costs of this action and that they should make application for said fees and costs; and

4. Grant any other relief the Court deems appropriate.

REQUEST FOR ORAL ARGUMENT

        Respectfully submitted,
        Plaintiffs Brian and Kevin Gaffey
        By his attorney

/s/ David S. Smith

_____
David S. Smith, Esq.
BBO No.: 634865
Cianciulli & Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 26th day of January, 2006.

/s/ David S. Smith

_____
David S. Smith