UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACADIA INSURANCE COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO.: 04-CV-12354-RGS |

**PROPOSED ORDER**

Upon reading the Plaintiffs' Motion for Partial Summary Judgment and the opposition provided by Acadia, the Court that after viewing the evidence in the light most favorable to the Defendant, Acadia Insurance Company, there is no genuine dispute of material fact, and it is this ___ day of _____, 2006, by the United States District Court for the District of Massachusetts:

ORDERED that judgment be entered in favor of the Plaintiffs as to Count I of their Complaint;

ORDERED that the Plaintiffs are awarded the agreed value as stated in the policy of $37,000.00 plus the attorneys fees and costs in the amount of $9,148.17 expended in mitigating their damages less the actual monies recovered in the amount of $12,000.00 for a total award of $34,148.17 plus appropriate costs and interest; and

ORDERED that the Gaffeys are awarded attorneys fees and costs of this action and that they should make application for said fees and costs within 30 days of the date of this order.

_____
U.S. DISTRICT JUDGE

Date: _____