UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>ACADIA INSURANCE COMPANY,  )<br>  )<br>      Defendant.  ) | CIVIL ACTION<br>NO.: 04-CV-12354-RGS |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are subject to a Confidentiality Order:

1. Plaintiffs Statement of Confidential Facts in Support of their motion for Partial Summary Judgment with its exhibits.

2. Second Affidavit of David S. Smith, Esq.

The original documents will be maintained in the case file in the Clerk's Office subject to the Confidentiality Order.

Respectfully submitted

Brian and Kevin Gaffey
By their attorney,

/s/ David S. Smith

_____
David S. Smith, Esq., BBO# 634865
Cianciulli & Ouellette
163 Cabot Street
Beverly, MA 01915
(978) 922-9933

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 26th day of January, 2006.

/s/ David S. Smith

_____
David S. Smith