# Sales Agreement for 1999 Aquasport Osprey

Purchase and Sell Agreement made by and between
Shawn Perkins 431 Main St. Amesbury, MA 01913
Phone: 978-388-5580 (Seller), and
Kevin Gaffey, 13 Timber Lane, Topsfield, Mass. 01983
Phone: 978-887-8162 (Buyer), and
Brian Gaffey, 76 Lawrence Road, Boxford, Mass. 01921
Phone: 978-887-7008 (Buyer).

Whereas, for good consideration the parties mutually agree that:

1. Seller agrees to sell, and Buyer agrees to buy the following described property:

1 1999 Aquasport Osprey serial number: AQABHA61A999 with the following accessories:
  1 Furuno 1650DF Chart plotter, Fish Finder, GPS unit
  1 Anchor with 100' rope
  5 Adult Lifejackets
  1 Coastguard approved Flare kit
  1 Fire extinguisher
  3 Dock lines and bumpers
  1 Canvas bow cover

1 1999 Mercury Outboard model number 1-200422UD serial number: 0G885890

2. Buyer agrees to pay to Seller and Seller agrees to accept as total purchase price the sum of $24,000, payable by bank certified check.

3. Seller warrants it has good and legal title to said property, full authority to sell said property, and that said property shall be sold free and clear of all liens, encumbrances, liabilities and adverse claims of every nature and description what so-ever.

4. Said property is sold in "as is" condition, Seller disclaiming any warranty of merchantability, fitness or working order or condition of the property except that it shall be sold in its present condition.

6. This agreement shall be binding upon and inure to the benefit of the parties, their successors, assigns and personal representatives.

Signed this 27 day of August, ~~19~~ 2001

**Buyers:**   Kevin Gaffey    *[signature]*

            Brian Gaffey    *[signature]*

**Seller:**   Shawn Perkins   *[signature]*