

Commonwealth of Massachusetts
Dept Fisheries, Wildlife & Env Law Enforcement
DIVISION OF LAW ENFORCEMENT
**DUPLICATE**
**BOAT REGISTRATION CLASS II - 16 TO 26 FEET**

MS 5532 B    SPORT ID    479009  EXPIRES:  08-28-2005

KEVIN GAFFEY                DOB: 07-27-1967
13 TIMBER LANE
TOPSFIELD, MA 01983

Signature: *[signed] Kevin P. Gaffey*

---

**BOAT REGISTRATION CLASS II -    MS 5532 B**
**16 TO 26 FEET**
**DUPLICATE**

1999  AQUASPORT        24'5"           288181
AQABHA51A999                        OPEN BOAT
PLS                 GRN/GRN         NEWBURYPORT
FIBERGLASS
                                    HOLDING TANK

1999  MERCURY  OG885890  200  OUTBOARD  GAS

DIRECTOR: *[signed] Richard A. Murray*
                        Richard A. Murray