

# YACHT SURVEYOR
## Robert P. Gallagher, AMS-E

106 Liberty Street
Danvers, MA 01923
Tel. (978) 774-5060   Fax (978) 774-5190
Email: bgallagher@mediaone.net

Yacht Surveyor
Appraiser & Consultant
SAMS #491

# Vessel Condition Survey

**Prepared For:** Brian Gaffey
76 Lawrence Rd.
Boxford, MA. 01921
**Vessel Name:** Aquasport Model 225
**Survey Date:** August 27, 2001

Capt. Norm LeBlanc Inc. &
Independent Owned/Operated Associates

Date of Survey  8/27/01                          File #  P010827G
Client  Brian Gaffey
Vessel Name  none                                 Hail Port  none
Hull No. (HIN)  AQABHA51A999                      Model Year  1999
L.O.A.  24'            Beam  8' 6"               Draft  2' 3"
Propulsion  Single Mercury Model 225 XL
Document/Reg  MS 5532 BF     Net Tons  2         Gross Tons
Notes  Aquasport Model 225 Tournament
Estimated Value (US Dollars)  $37,000.00
Replacement Value (US Dollars)  $60,000.00
Surveyed At         Riverfront Marina
                    Newbury, MA

While Vessel Was  ashore

## HULL CONSTRUCTION DETAILS

Material  fiberglass              Thickness of Planking  fiberglass
Framing Size & Material  cored fiberglass
Deck Beams Size & Material  cored fiberglass
Decking  cored fbg   Bottom  fiberglass  Keel  none    Skegs  none
Stem Type  raked               Stern Type  molded platform
Bulkheads  4 - partial          Location  two forward two aft
Hull Ventilation  good          Bilge Ventilation  good
Hatches  0       Opening Ports  0       Deck Hatches  1
Cockpit Type  open   Lazarettes  several      Seating  cockpit
General Condition of Topsides  good
General Condition of Decking  good
General Condition of Bilges  good

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*                2

## MACHINERY SPACES & UNDERWATER MACHINERY

Shaft Size  n/a          Material _____  Zincs _____
Prop. Size  17P   Blades  3        Material  stainless   Condition  good
Strut Material  n/a      Condition _____  Bearing _____
Rudder Material  n/a     Condition _____  Zincs _____
Engine Stuffing Box   n/a
Engine Location   transom           Fuel Type    gas
Turbo/Natural   natural            Engine Alarm   yes
Single/Twin  single    Make   Mercury    # Cyl's.  6         Rated HP   225
Port S.N  OG885890   Hours   ?    Trans. S.N.  n/a        Make _____
Stbd. S.N _____  Hours _____  Trans. S.N. _____    Ratio _____
Flame Arrest.  n/a    Cond. _____  Eng. Mounts  6       Cond.  good
Bilge Blower  n/a _____  Condition _____
Exhaust Piping  n/a _____  Condition _____  Cooling System  raw
Bilge Pumps  one _____  Located  aft
Pumps Working?  yes _____  Auto Switches?  yes

## STEERING SYSTEMS

Describe:    Sea Star hydraulic

## HEATING & AIR CONDITIONING

A.C. / Heater Make   none _____  Model _____
Location _____
Condition _____  Galley Vents _____
Opening Ports  none    Leaks? _____  Hatches  none    Leaks? _____

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*       3

## *ELECTRICAL SYSTEM*

Gen. Make __none__   Output _____   Serial # _____

Hours _____   Fuel _____   Cooling _____

# Batteries __two__   Volts __12__   Location __transom cabinet__

Condition __in approved containers__

Batt. Switch Located __transom cabinet__   Working? __yes__

Battery Charger Make/Model __none__   Amps _____

Shore Power __none__   Amps _____   # Outlets _____   Location _____

Vessel Wiring __12 volt__   Condition __good__

Main Panel Type __breakers__   Location __console__   Condition __good__

## *GALLEY*

Appliance(s) Location __none__

Stove Type _____

Propane Tank Location _____   Is Woodwork Protected? _____

Tubing Type _____   Location _____

Shut-Off Type _____   Location _____   Condition _____

Pressure Water __yes__   Hot Water __no__   Tank Make/Model __none__

Condition of Tank, Plumbing, Wiring _____

Refrigerator Make & Model __none__

Location _____   Condition _____

Water Heater __none__   Fuel _____   Location _____

## *TANKAGE SYSTEMS*

*Fuel*

Fuel Type __gas__   No. __one__   Capacity __102G__   Location __below cockpit__

Shape __rectangle__   Material __plastic__   Condition __not visible__

Secured By __straps__   Bonded __yes__   Lines & Vents __hose__

Overboard Overflow? __yes__   Location __port__

Shut-Off Valves on Tanks? __yes__   Accessibility __aft deck__

*Water*

Number __one__   Shape __rectangle__   Capacity __20?G__   Location __forward bilge__

Material __plastic__   Condition __good__

## *SAFETY EQUIPMENT*

Ring  **yes**          Whistle  **yes**          Bell  **no**

Flares  **4 current**     Flare Gun  **yes**          # Rounds  **4 current**

PFD's  **2 adult**

Bow  **stainless rail**          Stern  **none**

Lifelines  **none**              Gates  **port transom door**

Handrails  **aluminum**          Ext. Pulpit  **fiberglass**

## *FIRE FIGHTING EQUIPMENT*

*Portable*

| Location | Type | Charged? | Date | Comments |
|---|---|---|---|---|
| console compart. | B/C | yes | no | |
| | | | | |
| | | | | |
| | | | | |

*Fixed*

Type  **none**                    Location  _____

Charged?  _____     Dated  _____     Sniffer?  **no**     Make  _____

Bilge Temp. Alarm  **no**     Bilge Level Alarm  **no**     Engine Alarm  **yes**

## *GROUND TACKLE*

Type  **Danforth**     Size  **8**     Rode  **100' 3/8"**     Chain  **6'**

Type  _____          Size  _____     Rode  _____          Chain  _____

Dock Lines  **several**

## *MARINE SANITATION DEVICE*

No.  **one**     Manual/Electric  **manual**     Thru-Hulls  **none**

"Y" Valve  **no**     Holding Tank  **built-in**     Location  _____

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*          5

## ELECTRONICS & SPECIALIZED EQUIPMENT

|                    | Make     | Model           | Notes        |
|--------------------|----------|-----------------|--------------|
| Compass            | Ritchie  | Powerdamp       | working      |
| VHF Radio Telephone| Standard | Horizon Intrepid| working      |
| VHF Radio Telephone|          |                 |              |
| Depth              | Furuno   | 1650            | not on board |
| Loran              |          |                 |              |
| Radar              |          |                 |              |
| GPS                | Furuno   | 1650            | not on board |
| Auto Pilot         |          |                 |              |
| SSB                |          |                 |              |
| Knot Log           |          |                 |              |
| Wind Inst.         |          |                 |              |
| Windlass           |          |                 |              |
| Stereo             | Jensen   | AM/FM/CD/W      | working      |

## RIGGING & SAILS

| Masts | _____ | Rig | _____ | Type | _____ | Boom | _____ | Type | _____ |

Standing Rigging _____ Running Rigging _____

Deck Winches _____ Mfg. By _____

Mast Winches _____ Winch Handles _____

Main Sails _____ Jibs _____

Mizzens _____ Genoas _____

Spinnakers _____ Sail Covers _____ Dodgers _____

Awnings _____ Spinnaker Poles _____

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*                6

### *Misc. Equipment*

Bennett trim tabs, Spreader Light

Fresh and salt water wash-downs & Bait well

"T" Top, Forward Cockpit Dodger

### *SEA TRIAL*

| Port Engine RPM | Est. Speed | Volts | Amps | Temp. | Comments |
|---|---|---|---|---|---|
| | | 14 | | 125 | compression 150 lbs all |
| | | | | | started and ran well |
| | | | | | tested on flush only |

| Stbd. Engine RPM | Est. Speed | Volts | Amps | Temp. | Comments |
|---|---|---|---|---|---|
| | | | | | |

Genset Operation

### *GENERAL DESCRIPTION*

This vessel is further described as a 22' center console built by Aquasport Boats of Sarasota, FL in 1999 and was assigned a manufacturer's hull number of AQABHA51A999 and currently has a state registration number of MS 5532 BE. This vessel is powered by a single 225hp Mercury outboard with unknown hours of running time. This vessel has a deep V hull with a built in outboard bracket/swim platform. Incorporating many unique features, this vessel makes a comfortable fishing platform. This vessel should cruise at approximately 25 knots with a top speed of approximately 35 knots.

## *VESSEL CONSTRUCTION*

This vessel's hull below the water line is built of solid fiberglass laminates with an internal bilge stringer system throughout. Below the waterline through-hulls are bronze with bronze seacocks. The hull sides, decks, console and cockpit are built of cored fiberglass laminates. The hull and deck joint are both mechanically and chemically fastened to the hull and there is a full fiberglass inner liner. All interior sections are fiberglassed to the hull where accessible for added strength. The vessel wiring, plumbing and tankage are to safety codes an ABYC standards throughout.

## *VESSEL LAYOUT*

The vessel platform/outboard-mounting surface has a swim ladder mounted on the port side and a transom door to port for access to the cockpit. There is a live well at the transom and cabinets below that open to provide access to the batteries and related equipment. There is built-in rod storage on both gunwales and padding. The helm station has a leaning post seat combination. The console has an enclosed head built-in with access from the forward bulkhead. Electronics can be mounted in the console cabinet or in the overhead compartment. The T-top is made of aluminum tubing with a fiberglass top. The bow area has raised platforms on both sides that are also bait wells.

## *VESSEL INSPECTION*

The purpose of this inspection was to ascertain the condition, value and insurability of the vessel. The vessel was inspected out of the water only. The bottom, decks and superstructure were sounded with a mallet and were found to be free from damage and no blisters were found at this time. Access to most of the bilge was limited due to the sealed cockpit sole. All equipment on board was tested at this time. The engine was tested for compression and test run on a flush only. Not all equipment was on board at the time of this inspection.

## *VESSEL VALUE*

The current value of this vessel, as found and in its' present condition is $37,000.00 with a replacement value of approximately $60,000.00. This value is based on information found in the latest issue of the BUC Used Boat Price Guide and by personal observations at the time of this inspection.

## **CORRECTIONS, NOTES, & RECOMMENDATIONS**

1. Repair cracks found in the "T" Top frames in the following areas: The port and starboard forward bases, the aft port curved support & the port aft horizontal support.
2. Replace the missing transducer upper support screws.
3. Replace the outboard torque tab bolt & screw.
4. Install the hose connector for the water pressure gauge for the engine.
5. Some small metal filings were found in the gear oil. The gear oil was also dark. Change the oil and inspect again at the end of the season. Any metal or discoloration of oil will signal a problem with the gearcase assembly.

This vessel in its present condition is a good insurance risk.


This report is based on over twenty five years experience in the marine service industry and as a member of the American Boat and Yacht Council and as a member of the Society of Accredited Marine Surveyors as an AMS-E.

The enclosed are my considered opinions, given without prejudice. I cannot be responsible for any errors, omissions, or mistakes in my judgement and acceptance of this report constitutes acceptance of this condition.

Respectfully submitted,

Robert Gallagher AMS #491



# YACHT SURVEYOR
## Robert P. Gallagher, AMS-E

106 Liberty Street
Danvers, MA 01923
Tel. (978) 774-5060  Fax (978) 774-5190
Email: bgallagher@mediaone.net

Yacht Surveyor
Appraiser & Consultant
SAMS #491

## SUMMARY OF QUALIFICATIONS
### CAPT. ROBERT P. GALLAGHER, AMS-E
### ACCREDITED MARINE SURVEYOR

I have more than 25 years experience in the marine service industry. I started at the bottom, sanding and painting at a boat dealership. Later I worked full time prepping new boats and performing service work on inboard-outboard and outboard engines eventually becoming a service manager.

I began attending factory service schools in 1975 and remain current with industry developments by continuing to attend on an annual basis. Service programs include Mercruiser, Volvo-Penta, OMC, Crusader, Marine Power, and Volvo Auxiliary Diesels. Seminars attended have included Johnson & Towers Diesels, Detroit Diesels, Marine transmissions, wiring, fiberglass repair along with many related to hull surveying. As a member of SAMS, I am required to regularly attend seminars to keep abreast of new developments and methods in the construction and design of marine equipment. I am one of the few surveyors nationwide to have earned the "Accredited Marine Surveyor – Engines" designation by SAMS and have also been certified by ABYC as a marine electrical technician.

After being a service manager for a number of marinas and boatyards in the Northeast I began my own repair business in 1984. Along with a crew of five, my business performed major and minor repairs on outboard, inboard-outboard and inboard engines, both gas and diesel. Running gear repair and alignments, hull, wiring and plumbing repairs were also performed.

My personal boating experience includes the restoration of three wood powerboats. I presently own a fully restored 23' Lyman Offshore powerboat. I also hold a USCG Master license.

Memberships include:
American Boat and Yacht Council
Society of Accredited Marine Surveyors, Inc., AMS #491.

Presently working as an associate with Capt. Norman L. LeBlanc, AMS.

Capt. Norm LeBlanc Inc. &
Independent Owned/Operated Associates