# BILL OF SALE

Size _22'_ Make _HELLASPORT_ Model _225_ Year _999_
Ser # _AOABHA57A999_ Engine Make _mercury_ Year _1999_
HP _200_ Ser# _06885890_ // _____
Documentation#/Reg#_____ Color _GREEN_

Trailer Make_ N/A _ Year _—_ VIN#_ — _____
Capacity_ — _
Selling Price _27,000_ Boat Value _27.000_ Trailer Value _N/A_

Sellers Name _KEVIN & BRIAN GAFFEY_
Address _76 LAWRENCE RD._
City _Boxford_ State _MA_ ZIP _01921_

Buyers Name _PAMELA JORDAN_     #. _401-781-5714_
Address _54 FORDSON AVE._      cell - _374-2419_
City _CRANSTON_ State _RI_ ZIP _02910_

The seller further warrants that said vessel is free and clear of all liens, bills mortgages, taxes, or encumbrances of any kind or nature and hereby agrees to indemnify and save harmless the Buyer against and from any and all claims arising by reason of anything happening or occurring prior to dare hereof and all expenses in connection herewith.

The said vessel is being sold "AS IS and WHERE IS" and without any warranties expressed or implied, of any kind, including but not limited to merchantability or fitness for any particular purpose or use with respect to both the hull and engines as well as all tackle, gear, and equipment, mechanical, electrical, or otherwise. By accepting tender of this Bill of Sale, Buyer acknowledges an opportunity to inspect, survey, and otherwise test said vessel and it's equipment and in so doing accepts the vessel in said condition and under the aforesaid terms.

I declare under penalty of false statement that the information furnished above is true and complete to the best of my knowledge and belief.

SELLER(s)_____ :BUYER(s)_____

_____ _____

Signed before me this _17th_ day of _August_, 200_3_ _massachusetts_

_Elizabeth Warren_ Notary Public for the State of ~~Rhode Island~~, County of

_ESSEX_ , my Commission expires _12 / 18/03_

ELIZABETH ANNE WARREN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 18, 2009