

# Acadia Insurance®

September 24, 2003

Brian & Kevin Gaffey       *INCLUDED ADDRESS WHEN SENT OUT*

RE:  Claim number:   5131633
     Policy number:  0071550
     Date of Loss:   9*3*03

Dear Brian and Kevin,

In the phone conversation I had with Brian I said I would send some paperwork to be filled out. Enclosed is a Statement of Loss, please fill this out and return it in the provided envelope at your earliest convenience. Please also include copies of the agreements that you had signed with Dale Friedman. Also please enclose a copy of the police report if you have received it.

Please do not hesitate to contact me at my office if you have any questions or concerns.

With Regards,


Isaac Howe
Marine Claims Representative



Acadia Insurance Companies
One Acadia Commons  P.O. Box 9010  Westbrook, Maine 04098-5010
207 772-4300   800 773-4300   Auto: 207 772-1170   800 870-1170   Fax: 207 772-6104
www.acadiainsurance.com

 *A BERKLEY COMPANY*℠

000071

```
                                    NEWBURYPORT DAILY NEWS
_____  0001 0001 0001              YACHT D            Reinstated     1/5
     Sym YPA _ Pol 52 0071550 11 Cvg 04302003 02 Eff 10102002   Exp 10102003
     Insd Brian & Kevin [Gaffey]               Agcy [Blackadar] Marine Insurance A

     E Itm# 1   St NH Comm% 20.00  Nav-Area-Cd  3  Lay-Up: 1101 to 0501  Yrs-Exp

        Principle-Place-of-Mooring: Loc Newbury              ST MA
        Photo N Srvy-Dt 00000000 Storage-Loc                 St
     YACHT: Make-Model Aquasport                        Year 1999 Type POWER
           Type
           Name                              Length 24'
           FI LP   1      0      0      0    Serial # AQUABHA51A999
                                             Electronics Ded

     PRIMARY-PROPULSION: Type O
           Make Mercury                      Year 1999
           HP 200                            Fuel-Type Gas

        DINGHY:  Limit  Ded            Make           Year     Length
           #1      0     0                             0000
           #2      0     0                             0000
           #3      0     0                             0000
```

COPY OF PURCHASE & SALE

AGREEMENTS - SIGNED?                BOAT LISTING
                                    PURCHASE & SALES
DELIVERY OF BOAT?

SALE NOTIFICATION?                  GARY LATTIME

WHERE IS BOAT?

REPORTED?

HOW LONG BOAT ON CONSIGNMENT?       P.O.L.

AGREEMENT? → WITH WHOM?


EARLY
MAY, BROTHER & HE OWN BOAT TOGETHER, WANTED TO BUY
BOAT @ SEA DOG, WOULD BUY BOAT → HAD SURVEY ON
BOAT WANTED → PUT DEAL OFF, BOAT ON INTERNET,
NO PERMISSION, DALE CALLED → INTEREST IN SELLING?
FOLLOW UP, DEAL COMING TOGETHER, PURCHASE & SALE,
MAINTENANCE - RIVERFRONT  PERMISSION TO PULL BOAT

000072

```
_____    0001 0001 0001            YACHT D                Reinstated      2/5
   Sym YPA  C Pol 52 0071550 11 Cvg 04302003 02 Eff 10102002   Exp 10102003
   Insd Brian & Kevin [Gaffey]                Agcy [Blackadar] Marine Insurance A

   MOTOR:   Limit    Ded      Make           Year           HP
     #1       0       0                      0000
     #2       0       0                      0000
     #3       0       0                      0000

   TRAILER: Limit    Ded      Make           Year
     #1       0       0                      0000
     #2       0       0                      0000


   Designated Operator Warranty
                        ,
                        ,
   Captain's Warranty
                        ,
```

NEXT TURN OVER BOAT — SIGN OVER TITLE (AUG. 26) DIDN'T KNOW WHERE HE WAS. CALLING — WOULD HANG UP ON THEM. RIDE DOWN ON 29th DALE TOOK MONEY & RAN, ASKED WHERE BOAT WAS, BOAT GONE FROM YARD, FILED POLICE REPORT, PAMELA JORDAN R.I., DOES NOT HAVE TITLE → WIRED HER MONEY INTO FRIEDMAN'S ACCOUNT → 2 POLICE REPORTS.

```
Inquiry Mode                    DIARY TEXT
 Policy 520071550      Claim # 5131633    Oc 01       Page 4 of 20    1 of   1
    Re contact                        Date     Time             User
 Eff-Dt 09242003          Entered 09242003 15:02 IWH
    Tran NOTE
```

s/w Brian and took recorded statement, said that in MAy he and his brother had s  1 a boat they were interested in @ Sea Dog yacht sales, wanted to buy boat, went in, were told they could sell their boat there, had survey on boat they wanted to buy and didnt like it, they left, never agreed to have their boat on consignment there, Dale Friedman put it on the website, found buyer, put deal together to sell the boat, david signed a purchase and sales agreement, only his name on the agreement, gave permission to friedman to pull the yacht from its location, so they turn the boat over to the buyer, were going to sign over the title on the 26th of Aug., called sea dog, did not know where friedman was, called back, they hung up on them, took ride to Sea Dog, said they thought dale had stolen money and ran (initially said he had some sort of emergency), asked where boat was and looked around yard-boat was gone. filed police report. found that Pamela Jordan in Rhode Island has the boat although the insured still has the title, Pam had already wired her money directly into friedman's account. there are reportedly two police reports regarding this claim. filed report with Gary Lattime. sent O/M statement to insured. unsure of coverage, like claim had no coverage as it was money stolen, unsure whether same in this instance.

```
Inquiry Mode                    DIARY TEXT
   Policy 520071550       Claim # 5131633   Oc 01                1 of    1
        Re coverage final                Date     Time           User
   Eff-Dt 10062003           Entered 10062003 11:56 IWH
      Tran NOTE
```

s    claire regarding the coverage in this claim, is the same as previous claim
w.  . mark priest. in this case the bill of sale was signed but the insured stil
l has the title, so either money was stolen from sale or the boat was unlawfull
y sold, in either case there is no coverage for the yacht. notified insured and
 the agent. sending CPL, claire ok'd. closing file.

```
Inquiry Mode                    DIARY TEXT
   Policy 520071550    Claim # 3131633   Oc 01              1 of    1
      Re brother                  Date   Time         User
  Eff-Dt 10062003         Entered 10062003 14:52 IWH
    Tran NOTE
```

s/- both insured brothers today and explained the situation and the coverage imp ations to both.

Sitting at a desk at work and kind of like out in the open. So may not maybe I'll have to get an office.

Q    Can I call you back then?
A    Sure.

Q    Okay.

This is Isaac Howe speaking. I'm calling from Portland, Maine, telephone number 207-874-5721 and I'm speaking to Brian Gaffey at telephone number 617-421-8098. We are discussing an incident that occurred on or about the 3rd of September 2003 and the location of this was

Q    Salsbury Mass is that right Brian?
A    Correct.

Okay today's date is September 24 and the time is 20 past 2 in the afternoon.

Q    Ah Mr. Gaffey do you realize I'm recording this interview?
A    Yes I do.

Q    Ah do I have your permission?
A    Yes.

Q    Okay. Ah first let's start by just ah addressing what it was that was ah stolen and of course that's your boat. So if you would ah -
A    -

Q    - if you could give a brief description of your boat -
A    Okay.

Q    - helpful.
A    Ah my boat is a the it's a 1999 Aqua Sport.

Q    Mmm, hmm.
A    It's a center console family fishing boat. It ah it's powered by a 200 horsepower Mercury outboard.

Q    Mmm, hmm.
A    And its has a green hull.

Q    Okay. What ah what's the length of the boat?
A    Ah the overall length is 24 feet.

Q    Okay. Ah do you know about what the ah what the value of the boat is?
A    Ah I would say -

000077

Q  -
A  - it's ah in the high 20s.

Q  Okay.
A  Low 30s, in that range.

Q  Okay.
A  That's the like the current like if I were to what I sold it for or what I was selling it for, is that what you're asking?

Q  No no just just a guesstimate of the value is fine.
A  Yeah.

Q  Ah now are there any ah i- identifiable marks or damage on the boat?
A  Ah no the boat has no damage. The the most identifiable mark is that it has a green hull. It's pretty unique.

Q  Okay. And ah who does the normal maintenance and repairs on the boat?
A  The ah maintenance is that I have done to it is done at the marina where I keep the boat.

Q  Okay.
A  It's ah Riverfront Marina in Newbury Mass.

Q  I ah also while I'm ah doing this interview with you I'm writing things down as well. So if there's a -
A  Okay.

Q  - if I'm briefly silent I apologize.
A  Mmm, hmm.

Q  Ah now wh- have you ever had a have you ever had any accidents in the boat?
A  No.

Q  No. Okay. Now I guess ah it it'd be helpful if you could just give a ah a brief description of what exactly it was that happened and and ah why it is that you're filing a claim with Acadia.
A  Ah I I could actually I mean I want me to describe how I got involved with Seadogs -

Q  Yeah. Yeah -
A  - to begin with?

Q  - that that'd be perfect yeah.
A  Okay. In ah in May of this year I ah my brother and I own the boat together and we saw a boat that was at the Seadog ah ah boatyard at the and ah we were considered buying that boat. It was a it was a Maco and ah that's how we got involved with ah Dale Friedman who's the owner -

2

000078

Q   Right.
A   - of the ah Seadog. At that time what we wanted to do was ah we wanted to buy that Maco and Dale what he what he was willing to do was market our boat on his internet site -

Q   Mmm, hmm.
A   - for two weeks.

Q   Okay.
A   And if he didn't sell the boat in that two week time period he offered to buy our boat.

Q   Mmm, hmm.
A   And that way we would be able to buy the Maco. And what we did was we had the Maco surveyed.

Q   Mmm, hmm.
A   And we didn't ah like the ah the feedback from the survey.

Q   Right.
A   So we didn't follow up ah with any of that so the the ah the deal was off at that point. And ah later in the the summer I was on a vacation and ah it was probably like early August and I went on their web site just to look to see what boats are on there.

Q   Mmm, hmm.
A   And I saw my boat.

Q   Okay.
A   And I had never given him permission after you know that initial -

Q   Right.
A   - deal in May to market my boat. So when I got back I was gonna call him up, ask him you know why why's my boat on your web site. But then my bother called and said Brian he goes ah I just got a call from Dale. And I go well that's interesting cause I just saw our boat on his web site. And he said well Dale said that he has a that he ca- called and said asked us if if we were still interested in selling it. And at that point you know he said he had a an off- you know so- somebody interested in the boat, is gonna make an offer and all that. And so we decided to follow up with Dale.

Q   Mmm, hmm.
A   And then the deal started coming together and ah we went we had signed a ah purchase and sa- ah purchase and sale agreement.

Q   Mmm, hmm.
A   With him.

Q   Mmm, hmm.
A   And I gave him ah permission to pull the boat from its location.

3

Q    Yeah.
A    Which was at Riverfront Marina in Newbury.

Q    Mmm, hmm.
A    So he could survey the boat, have the boat surveyed for the customer and ah and then further further on then we agreed you know to the deal and ah the next step was to ah close on the boat. That at that point we could turn over the ah title.

Q    Mmm, hmm.
A    Sign over the title to the new people and he would give us our money.

Q    Mmm, hmm.
A    And at that point which that was on August 26, that was gonna happen.

Q    Yeah.
A    My brother and I started calling Seadog.

Q    Yeah.
A    And we found that ah he was gone and that the people there didn't know where he was and after a couple days you know they they initially told us that he had an emergency so we gave him you know some you know kinda grace period in case there was an emergency and then ah then we started getting a little nervous because when we were calling they started hanging up on us at the marina at the ah at the ya- ya- what do you call it the ah boatyard -

Q    Mmm, hmm.
A    So we took a ride down on Friday and that was like the that was the 29th and there was Dale wasn't there but there was a sales guy there who told us that ah they were afraid that Dale kinda took off with with all the money from the company and that there was some attorneys that might be involved and he recommended that we go down cause he was familiar with our boat and cause he I had asked him at that time I said well where's my boat. Cause we were supposed to close actually I'd asked him even before that was when I was calling prior to going down there I was like you know is my boat in the yard and they said no. I asked him where it was and they said ah they didn't know.

Q    Mmm, hmm.
A    And ah so when we went down there we looked around the yard and our boat was gone. So we went down to the police station in Salsbury and filed a complaint.

Q    Yeah. A report?
A    Yeah. And then we put all the information that we knew down about where it had gone. We knew that it was there was another broker involved in Rhode Island that was acting as an agent for a woman who was who was buying it -

Q    Buying your boat?
A    Yeah.

4

Q    Okay.
A    And then we so we this is when I got her name and I c- I had called her.

Q    Okay, who what is her name?
A    Pam Jordan.

Q    Pam Jordan?
A    Yeah, Pamela Jordan.

Q    Okay.
A    I don't have the phone number handy. But I spoken to her. So I I know you know that that she has the boat. Ah and you know it's it's safe and everything. But you know I found so I talked with Pam and she told me that she received the boat and that she was told that she was gonna you know that she was gonna receive title to it the next couple weeks. That's what she was promised because she had she had wired she told me her her money directly into Dale Friedman's accounts. Which is account and that she was expecting a the title but I had the title so I wasn't gonna send it to her and ah think what else can I tell you. At that point yeah we had some conversations after that point, some conversations with the police. They wanted to I so I made out ah actually two police reports.

Q    Mmm, hmm.
A    And ah we been told by the police just to kinda sit s- you know they were told us to sit still, don't do anything yet, we're gonna bring you know we're gonna bring everybody together and hopefully we can get this thing solved so we were kinda in a waiting mode waiting to get some direction from the police and the district attorney and at that point you know I just hadn't heard anything so I figured I had better call my insurance company to let them know that ah that Dale had basically stolen the boat from us and that's about that's about it.

Q    Right. Now let's see ah you said you signed a purchase and sales agreement with him, is that correct?
A    Yeah my my brother and I both ah we both own the boat together and my brother signed a purchase and sale agreement with them.

Q    Okay. When he signed that purchase and sale agreement was his name the only name on that?
A    Yeah.

Q    Okay. Ah now have you ah seeked any legal representation in this at all?
A    No I haven't like re- I've spoken to s- different people you know who are have legal backgrounds but I haven't ah you know like paid anybody or anything like that.

Q    Okay. Okay ... now s- ... so about how long was the boat on consignment in total?
A    Ah that's the thing it really never was on consi-

Q    Okay.

000082

9

A    - on consignment. Because he had ah you know was he didn't I never signed anything with him so he could market it and I never told him that he could do it.

Q    When was the first time you met with him, you said in May, is that right?

A    Yeah it was ah it was proba- it was must be early May.

Q    Okay.

A    Yeah we just happened to drive by and see a boat that we were thinking of maybe trading up toward.

Q    Yeah. Okay. Did you ever sign a ah boat listing agreement at all?

A    No.

Q    No. He just put it on there and then notified you that ah that he'd found a buyer?

A    Yeah.

Q    Okay. Ah well that seems to be about it unless ah unless there's anything else that you would like to add.

A    Ah.

Q    Anything you feel is ah relevant.

A    Not that I can think of right now.

Q    No, okay. Ah have you understood all my questions?

A    Yeah.

Q    Have all your answers been true and correct to the best of your knowledge?

A    Yes.

Q    Okay thank you for this interview. I'm ah I'm going to turn off the recorder.

A    Okay.

Q    But I'd like you to stay on the line afterward.

A    Okay.

Q    - alright now.

A    Yeah.

Q    Do I have your permission to turn off the recorder?

A    Yeah.

Q    Okay great.

A

# VESSEL OWNER'S AND/OR MASTER'S
# STATEMENT OF LOSS

Claim No: 5131633-49

Dated 9-27-03 at 3:30 pm

I, BRIAN GAFFEY am the Owner/Master

of the vessel 1999 Aquasport Registration

No. MS-5532B

My Address is 76 LAWRENCE Rd. Boxford Ma.

On the 29th day of August

2003, at approximately 1:20 Pm o'clock P.M., while located at

Sea Dog Yacht SALES, Salisbury, Ma

the above vessel and/or person(s) met with an ~~accident, or injury,~~ THEFT the circumstances of which are

Per my visit to Sea Dog Yacht Sales and the Salisbury Police, I was informed that my boat was may be involved in a fraud/Theft situation involving Dale Friedman (owner of SeaDog). At this time my brother and I filled out a police report (Attached). The sale of my boat was to be finalized on 8/26/03. The closing never took place and my boat was hauled without my permission to the buyer & we never recieved payment from Sea Dog. The Boat is still titled, Registered and insured to my Brother and Myself.

The damage directly caused to said vessel by this accident is as follows: (Describe in detail all parts of the vessel which were damaged and the extent of the damage, or attach survey if available).

NA

The damage to said vessel may be inspected at
NA
                                                                                    Cost of
rep...s has been estimated at

$ NA by: _____

As a result of this accident, damage was caused to other vessels or property, or injury to persons, as follows: (Describe fully, giving names and addresses of the property damaged or persons injured).

| Name and Addresses | Type of damage or injury | Estimated Amount |
|---|---|---|
| NA | NA | NA |

Other vessels in vicinity were ___NA___
(Give names or describe)

At the time of the loss the vessel was owned by: __BRIAN + KEVIN GAFFEY__

free and clear, with no encumbrances on same an there was no insurance other than Policy No. __0071550__ of the __1999 Aquasport__

All facts material to the question of insurance liability are state above or attached hereto and no such fact is withheld. (Note: Attach surveys, estimates, statements of witnesses, photographs and other material statements. In case of collision, a diagram, showing how it happened, should be attached).

Neither the furnishings of this form nor acceptance of the completed statement by the Insurance Company constitutes admission of liability to said Company.

Signed __Brian H Gaffey Co-Owner__
(state whether Owner, Master etc)

State of __Massachusetts__ )
                                          ) ss.
County of ~~Essex~~ __Suffolk__ )

Personally appeared __Brian H. Gaffey__, signer of the foregoing statement, who made solemn oath that the same is true, and that no material fact is withheld.

Subscribed and sworn to before me, __27th__ day of __September__, 200__3__.

__Elizabeth A. Wilson__
Notary Public (seal)

My Commission expires: 1/24/08

000084



**Sea Dog Yacht Sales Inc.**
Boat Brokerage & Marine Services
Phone: 978-465-9063 Fax: 978-465-6148
161 Bridge Road Salisbury, MA 01952
http://www.seadogyachtsales.com

## FACSIMILE TRANSMITTAL SHEET

To: KEVIN GAFFEY

Company:

Fax Number: 978-927-0499

Phone Number:

From: DALE. F.

Date: 8/11/03

Total No. Pages Including Cover: 3

Sender's Reference Number:

Kevin —

Please sign + fax back.
She'll sign tomorrow AM
(She's on Block Island today)

Thanx,

Dale

all £3 pleasing
addnl KPG



Sea Dog Yacht Sales Inc.
Boat Brokerage & Marine Services
Phone: 978-465-9063    Fax: 978-465-6148
161 Bridge Road Salisbury, MA 01952
http://www.seadogyachtsales.com

## Purchase & Sales Agreement

This agreement is made by and between __PAMELA JORDON__ of __54 FORDSON AVE. CRANSTON, RI 02910__ ("Buyer"), and __KEVON + BROWN GAFFEY__ of __76 LAWRENCE RD. BOXFORD, MA__ ("Seller"), and owner of the __1999 22' AQUASPORT__ ("Yacht"), and named __—__. The Selling Broker is __BOATS UNLIMITED__ Listing Broker is __SEA DOG YACHT SALES__.

The Selling Price of the "Yacht" is __TWENTY SEVEN THOUSAND —__ dollars (US $ __27,000__ ). The "Deposit" amount shall be equivalent to 10% of the "Selling Price" and as such is __TWENTY SEVEN HUNDRED —__ Dollars (US $ __2,700__ ), and is due upon execution of this agreement. The Deposit will be Paid to the "Selling Broker" and held by "Selling Broker" in their escrow account pending the successful close of this sale. The balance will be paid at closing in the form of Bank Check, Wire or Cash.

The "Brokers" strongly recommend the "Buyer" have the "Yacht" surveyed. Said survey (and related costs) is solely at "Buyers" expense. "Broker(s)" also agrees to provide "Buyer" with a full an accurate Inventory of the "Yacht" prior to survey. The "Seller" agrees that the "Yacht" will be accessible for survey and all included Inventory will be at the "Yacht" day of survey. "Seller" further agrees that the "Buyer" and/ or his agents may survey the "Yacht" (with proper notice to "Seller") and location of survey must be approved by "Seller". It is understood that the "Buyers" offer to purchase is subject to survey and/ or Sea-Trial and that the selling price may be negotiated after the survey. Should the boat be on-stands, it is the buyers' responsibility to pay to haul the boat to and from sea trial (minimum of $125).

The "Buyer" agrees that the Surveyor(s) contracted by the "Buyer" has been selected by the "Buyer" and that the Brokers will not be held liable for any omissions, errors or incorrect information that may "come to light" as a result of the survey.

The "Buyer" must notify the "Selling Broker" of his acceptance or rejection of the "Yacht" (and its inventory) no later than Three o'clock PM local time on/ or before __8/15/03__ (in writing). It is the "Buyer's" responsibility to accept or reject the "Yacht" by the above date and to secure satisfactory finance and/ or insurance for the "Yacht".

Should the "Buyer" reject the "Yacht" (under the provisions of this agreement). Both the "Buyer" and "Seller" agree that the "Buyer's" deposit may be immediately returned to the "Buyer" (minus any costs incurred by "Buyer"). If the buyer fails to accept of reject the boat by dates specified above and/or fails to close on boat by date below the buyers deposit may be forfeited.

Should the "Buyer" accept the "Yacht" (under the provisions of this agreement), both the "Buyer" and "Seller" agree that the "Closing" shall occur by Three o'clock PM local time on/ or before __2/15/03__ at the office of __SEA DOG + VERA QUINNETTA__

000086

# SALISBURY POLICE DEPARTMENT
## OFFENSE REPORT
24 RAILROAD AVENUE, SALISBURY, MA 01952

SELLER

Name: Brian & Kevin Gaffey  DOB: 7-27-67  S.S. #: 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  Case #: 03-737-OF
Address: 13 Timber Ln, Topsfield MA 01983  Phone: 928-887-8112  WORK 978-927-8300
Offense: FRAUD / BOAT SALE  Place of Occurrence: Sea Dog Boat Broker
Date and time offense committed: August 2003  Officer Assigned: _____
Report received by: Jones  at 1:20 PM  Date: 8/29  2003  How reported: person
Time of investigation: _____  M. Date: _____
Suspects and/or persons arrested: _____

### DETAILS OF OFFENSE (State fully all other circumstances of this offense and its investigation)

As owner of Boat Mass. Registration MS 5532 B - Serial # AQABHA51A999 - 1999 - (22S model Osprey) Aquasport - Motor Boat. We have not received $24,300 from sale. - Cash was paid by wire from Buyer to Sea Dog - Dale Friedman in second we of August

Boat Broker - Dale Friedman
Sea Dog Yacht Sales
161 Bridge Rd, Salisbury MA
cell # 603-498-6438

Co Broker: Boats Unlimited
Rhode Island / Contact Paul Larson
401-783-6100

Buyer:
Pamela Jordan
Cranston
Rhode Island

Payment to Seller was to be made prior to delivery - Boat was delivered to RI without consent or approval or cash payment.

Signed on this date, 8-29-03 of my own free will and accord and under the pains and penalties of perjury: Kevin P. Gaffey    000087

*Sea Dog Yacht Sales*
*Purchase & Sales Agreement, Continued*

The "Seller" shall deliver the "Yacht" "Free and Clear" of any liens, mortgages or applicable bills at time of closing or, if there are outstanding liens, mortgages or applicable bills "Seller" agrees that "Brokers" may deduct the applicable funds from the proceeds of the sale. "Seller" further agrees that the "Brokers" Commission is to be paid at Closing and that "Brokers" are authorized to deduct Commissions from the proceeds of the sale.

It is understood by the "Buyer" of the "Yacht" that neither the "Brokers(s)" nor "Seller" have made any express or implied warranties regarding the "Yacht". The "Buyer" further agrees that the "Broker" and "Seller" shall not be held liable for any apparent or hidden defects in the "Yacht". It is the "Buyer's" sole responsibility to examine the "Yacht" (and all applicable inventories) and accept responsibility for determining the condition of the "Yacht".

It is understood and agreed by the "Buyer" that the "Buyer" will pay a $95.00 administrative closing fee at the time of close. _____ (Initial)

Additional Provisions:

① DEPOSIT FULLY REFUNDABLE SUBJECT TO SURVEY + SEA-TRIAL.     KPG

② SELLER RESERVES THE RIGHT TO NEGOTIATE ONLY MAJOR ISSUES AFTER SURVEY —    KPG

③ TOTAL COMMISSION PAID IS EQUIVALENT TO 10% - TEN PERCENT.    KPG

Buyer: _____ Date: __/__/__

Buyer: _____ Date: __/__/__

Seller: /s/ Kim Gage           Date: 8/11/03

Seller: _____ Date: __/__/__

Should "Buyer" elect not to survey the "Yacht", He/ She acknowledges that the "Broker(s)" has reviewed the survey process (with the "Buyer") and the "Buyer" understands that the Boat is sold "As Is-Where is" with no express or implied warranty from "Broker(s)" or "Seller".

Buyer: N/A   Date: __/__/__ Phone # _____

Revised March 24, 2003

000088

# SALISBURY POLICE DEPARTMENT
24 RAILROAD AVENUE, SALISBURY, MA 01952

## OFFENSE REPORT

Name: Brian Gaffey + Kahn    DOB: 11-23-62    S.S.#: C3458-8414    Case #: 03-737

Address: 76 Lawrence Rd Boxford Ma.    Phone: 978 887-7008

Offense: Theft / Fraud    Place of Occurrence: Salisbury Ma.

Date and time offense committed _____ Officer Assigned _____

Report received by _____ at _____ M. Date _____ 20___ How reported _____

Time of investigation _____ M. Date _____

Suspects and/or persons arrested: Dale Friedman

### DETAILS OF OFFENSE (State fully all other circumstances of this offense and its investigation)

Reference Case # 037370F

Dale Friedman advertised and Marketed my 1999 Aquasport Boat without a signed agreement or my permission.

In May 03 we put a deposit on a MAKO 23ft. At that time Dale agreed to sell our boat if we were to buy the MAKO. If he couldn't sell it in 2 weeks he would buy it for $24,000. He would only do this if we went through w/ the purchase of the MAKO. The deal fell apart due to a bad survey. At this point the deal was Dead. We gave Dale no permission to market our Boat after that point. He returned our $3,900 deposit.

Signed on this date, 9-6-03, of my own free will and accord and under the pains and penalties of perjury: _Brian H Gaffey_    000083

RECEIVED
OCT 0 2 2003
ACADIA INSURANCE CO.

000090