UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY, )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>ACADIA INSURANCE COMPANY, )<br>)<br>      Defendant. ) | CIVIL ACTION<br>NO.: 04-CV-12354-RGS |

**FIRST AFFIDAVIT OF DAVID S. SMITH, ESQ.**

1. I am an attorney admitted to practice and in good standing in the courts of the Commonwealth of Massachusetts, the State of Maine, the United States District Court for the Districts of Massachusetts, United States District Court for the District of Maine, the First Circuit Court of Appeals. I am familiar with the facts set forth herein and am authorized to submit this affidavit in support of the Plaintiffs' Motion for Partial Summary Judgment.

2. Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "A" is a true and correct copy of the Bill of Sale of the 1999 Aquasport dated August 27, 2001.

3. Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "B" is a true and correct copy of the Deposition of Brian Gaffey.

4. Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "C" is a true and correct copy of the Deposition of Kevin Gaffey.

5. Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "D" is a true and correct copy of the 93A Demand letter sent to Acadia.

6. Attached to Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "E" is a true and correct copy of the Plaintiffs' Registration and Certificate of Title for the 1999 Aquasport.

7. Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "F" is a true and correct copy of the survey of the 1999 Aquasport conducted in 2001.

8. Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "G" is a true and correct copy of the Acadia Insurance Policy naming the Plaintiffs the insured for the 1999 Aquasport.

9. Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "H" is a true and correct copy of the incomplete bill of sale for their 1999 Aquasport.

10. Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "I" is a true and correct copy of is the Eastern Bank Simple Interest Promissory Note for Kevin Gaffey marked paid and the cancelled check.

11. Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "J" is a true and correct copy of the Deposition of Claire Mullaney - Redacted.

12.  Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "K" is a true and correct copy of Acadia's Claim File for the Gaffey's Claim.

13.  Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "L" is a true and correct copy of the Acadia's response to 93A Demand and copy of the case cited to in said response.

14.  Attached to the Plaintiffs' Statement of Facts In Support of Their Motion for Partial Summary Judgment as Exhibit "M" is a true and correct copy of the Deposition of Barbara Taylor - Redacted.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF JANUARY, 2006.

/s/ David S. Smith_____
David S. Smith, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 26th day of January, 2006.

/s/ David S. Smith
_____
David S. Smith

3