## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV-12354-RGS

| | |
|---|---|
| BRIAN AND KEVIN GAFFEY | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| ACADIA INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant | ) |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant Acadia Insurance Company, by and through its counsel, Tompkins Clough Hirshon & Langer P.A., and respectfully requests that the time period within which it must respond to Plaintiffs' Motion for Summary Judgment be extended to and including February 16, 2006. Such extension is necessary to allow Acadia's counsel time to complete an opposition to a motion for summary judgment in another matter due at approximately the same time as Defendant's opposition to Plaintiffs' Motion for Summary Judgment, and to prepare an appropriate response to Plaintiffs' Motion.

Counsel for Acadia has conferred with Plaintiffs' counsel, who has agreed to such an extension of time.

WHEREFORE, Defendant Acadia Insurance Company respectfully requests that the time for responding to Plaintiffs' Motion for Summary Judgment be extended to and including February 16, 2006.

Dated at Portland, Maine this 6th day of February, 2006.

/s/   Leonard W. Langer

/s/   Marshall J. Tinkle
BBO No. 565513

Counsel for Defendant
Acadia Insurance Company

TOMPKINS, CLOUGH, HIRSHON & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060

## CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on February 6, 2006, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  David S. Smith Esq., Cianciulli & Ouellette, 163 Cabot St., Beverly,  01915, counsel for Plaintiffs.

/s/   Leonard W. Langer

Acadia/Gaffey
Mot Ext Time
2.6.06

2