UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY, )<br>)<br>　　　　Plaintiffs, )<br>)<br>v. )<br>)<br>ACADIA INSURANCE COMPANY, )<br>)<br>　　　　Defendant. ) | CIVIL ACTION<br>NO.: 04-CV-12354-RGS |

**PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT
AS TO COUNT II**

NOW COMES, the Plaintiffs, Brian Gaffey and Kevin Gaffey, by and through their attorney, David S. Smith, to cross move this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to order summary judgment in favor of the Plaintiffs as to Count II of their Complaint. In support of this request, the Plaintiffs have filed herewith Plaintiffs' Response to Defendant's Statement of Facts in Opposition to Defendants' Motion for Partial Summary Judgment and to Defendant's Statement of Facts in Support of Defendant's Cross Motion for Summary Judgment, and Plaintiffs' Memorandum in Reply and Opposition to Defendant's Opposition to Plaintiffs Motion for Partial Summary Judgment and Defendant's Cross-Motion for Summary Judgment as well as in support of Plaintiffs' Cross Motion for Summary Judgment as to Count II.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court order the following:

1. Grant summary judgment in favor of the Plaintiffs as to Count II of their Complaint, finding that the defendant violated M.G.L. c. 93A §§2 and 9 and as incorporated chapter 176D §(3)(9);

2. that the Plaintiffs recover treble damages and be awarded attorneys fees and costs of this action and that they should make application for said fees and costs; and

3. Grant any other relief the Court deems appropriate.

REQUEST FOR ORAL ARGUMENT

        Respectfully submitted,
        Plaintiffs Brian and Kevin Gaffey
        By his attorney

        /s/ David S. Smith
        _____
        David S. Smith, Esq.
        BBO No.: 634865
        Cianciulli & Ouellette
        163 Cabot Street
        Beverly, MA 01915
        Tel: (978) 922-9933
        Fax: (978) 922-6142

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 22nd day of February, 2006.

        /s/ David S. Smith
        _____
        David S. Smith