UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV-12354-RGS

| | |
|---|---|
| BRIAN AND KEVIN GAFFEY | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| ACADIA INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant | ) |

### DEFENDANT'S MOTION FOR CLARIFICATION

NOW COMES Defendant, Acadia Insurance Company ("Acadia"), by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and seeks clarification of the Court's Order of August 10, 2006 denying Plaintiffs' Motion for Summary Judgment on Count II of Plaintiffs' Complaint. In support of its Motion, Defendant states as follows:

This is a declaratory judgment action in which Plaintiffs seek a declaration by the Court that Defendant Acadia Insurance Company wrongfully denied coverage for Plaintiffs' alleged loss. Plaintiffs' Complaint contains two counts: Count I sets forth a claim for breach of contract, and Count II sets forth a claim for unfair trade practices pursuant to M.G.L c. 93-A, §§ 2 and 9.

Both parties filed cross-motions for summary judgment as to both Counts I and II. The Court heard oral argument on all motions on August 10, 2006, during which it appeared to rule in Acadia's favor on Count II. Following the hearing, the Court entered an Electronic Order stating: "Electronic ORDER entered denying [30] Motion for Summary Judgment on

Count II alleging a violtaion [sic] of Chapter 176D". The Order appears to be limited to a denial of Plaintiffs' Motion for Summary Judgment on Count II, which sets forth a claim pursuant to M.G.L. c93-A, §§2 and 9. It is silent as to Defendant's Cross-Motion for Summary Judgment as to Count II.

In light of the Court's comments at oral argument on August 10, 2006, as well as the language of the Court's Electronic Order dated August 10, 2006, Defendant respectfully requests that the Court clarify its ruling on Count II of Plaintiff's Complaint to reflect that it has denied Plaintiffs' Motion for Summary Judgment on Count II and granted Defendant's Cross-Motion for Summary Judgment on Count II.

Counsel for Defendant has discussed the within Motion with counsel for Plaintiffs, who has indicated that Plaintiffs have no objection to the Motion.

Dated: August 22, 2006

                ACADIA INSURANCE COMPANY

                By its Counsel:

                /s/Leonard W. Langer

                /s/Marshall J. Tinkle
                BBO# 565513

TOMPKINS, CLOUGH, HIRSHON & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME 04112-5060
(207) 874-6700
lwlanger@tchl.com

## CERTIFICATE OF SERVICE

      I, Leonard W. Langer, hereby certify that on August 22, 2006, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following: David S. Smith Esq., Cianciulli & Ouellette, 163 Cabot St., Beverly, 01915, counsel for Plaintiffs.

                                         /s/ Leonard W. Langer

Acadia/Gaffey
Motion for Clarification