## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV-12354-RGS

BRIAN AND KEVIN GAFFEY )
 )
    Plaintiffs )
 v. )
 )
ACADIA INSURANCE )
COMPANY )
 )
    Defendant )

### STIPULATION

NOW COME the parties, by and through their respective counsel, and stipulate as follows for the purposes of the pending cross-motions for summary judgment:

1. On August 7, 2003, Ms. Pamela Jordan provided a deposit in the amount $2,650;

2. On August 15, 2003, Ms. Jordan, through her bank, The Washington Trust Company, wire transferred $24,350, i.e. the balance of the purchase price, to First & Ocean National Bank, Sea Dog Yacht Sales' Bank; and

3. On August 22, 2003, the vessel was moved from Sea Dog Yacht Sales' premises to Rhode Island.

Dated:  August 23, 2006

| | |
|---|---|
| Respectfully submitted<br>Brian and Kevin Gaffey<br>By their attorney, | Respectfully submitted<br>Acadia Insurance Company<br>By its attorney, |
| /s/   David S. Smith, Esq.<br>BBO# 634865<br>Cianciulli & Ouellette<br>163 Cabot Street<br>Beverly, MA 01915<br>(978) 922-9933<br>Maritimeattorney@aol.com | /s/   Leonard W. Langer, Esq.<br>Tompkins, Clough, Hirshon & Langer, P.A.<br>3 Canal Plaza, P.O. Box 15060<br>Portland, Maine 04112-5060<br>(207) 874-6700<br>lwlanger@tchl.com |

Acadia/Gaffey
Stipulation
8.23.06