UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACADIA INSURANCE COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO.: 04-CV-12354-RGS |

**PLAINTIFFS' PROPOSED FORM OF FINAL JUDGMENT**

NOW COMES, the Plaintiffs, Brian Gaffey and Kevin Gaffey, by and through their attorney, David S. Smith, to respond to the Court's order to file a proposed form of Final Judgment. Plaintiffs' counsel has conferred with Defendants' counsel in an attempt to minimize the dispute as to the form. As a result of those discussions, the Plaintiffs seek to set forth what they are entitled to recover in the Judgment. In support of their proposed judgment, the Plaintiffs file herewith a memorandum of law and a Proposed Final Judgment.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court endorse the Plaintiffs' Proposed Judgment that awards the Plaintiffs' $34,184.17 plus interest from October 6, 2003, the date Acadia denied coverage, at 12% per annum plus $926.70 and $18,332.36 in attorneys fees.

Respectfully submitted,
Plaintiffs Brian and Kevin Gaffey
By his attorney

/s/ David S. Smith

_____
David S. Smith, Esq.
BBO No.: 634865
Cianciulli & Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 2nd day of October, 2006.

/s/ David S. Smith

_____
David S. Smith