UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.: 04-CV-12354-RGS |
| | ) | |
| ACADIA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF KEVIN GAFFEY**

I, Kevin Gaffey, under oath depose and say:

1.   I am one of the Plaintiffs in the above entitled action.

2.   Throughout these proceedings, I have been employed as real estate portfolio accountant.

3.   After Dale Friedman stole our vessel, I took money out of savings account to pay off Eastern Bank so that I could obtain title to the vessel.

4.   The money I took from savings was a major portion of my available cash at that time.

5.   When my Brother and I hired a lawyer to defend and advise us as to what to do with the situation, I used more of my available cash and as a result charged more to my credit cards to get by.

6.   My annual interest rate on my credit card is 11% per annum.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF October, 2006.

/s/ KEVIN GAFFEY_____
Kevin Gaffey