UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY,<br><br>  Plaintiffs,<br><br>v.<br><br>ACADIA INSURANCE COMPANY,<br><br>  Defendant. | CIVIL ACTION<br>NO.: 04-CV-12354-RGS |

**AFFIDAVIT OF BRIAN GAFFEY**

I, Brian Gaffey, under oath depose and say:

1. I am one of the Plaintiffs in the above entitled action.

2. Throughout these proceedings, I have been employed as a category manager at Gillette.

3. I had borrowed money from my 401K to purchase the vessel in 2001. I was still paying back my 401K in the fall of 2003 when the vessel was stolen and Acadia denied coverage.

4. Since that time, I have lost approximately 14.4% in earnings from my 401K as a result of the loss of use of the insurance proceeds.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF October, 2006.

/s/ BRIAN GAFFEY_____
Brian Gaffey

1