# Hennessey Corp. d/b/a Robert H. Lange
**50 Congress Street, Suite 525**
**Boston, MA 02109**

| Phone # | 617-523-1874 | Fax # | 617-523-7343 |
|---|---|---|---|

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/28/2005 | 18783 |

| BILL TO |
|---|
| Cianciulli & Ouellette<br>163 Cabot Street<br>Beverly, MA 01915 |

| SHIP TO |
|---|
| David Smith, Esq. |

| TERMS | REP | SHIP DATE | SHIP VIA | JOB |
|---|---|---|---|---|
| 30 days | HBS | 11/28/2005 | UPS | 3025B |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04-Regular | Copy of transcript | 161 | 2.50 | 402.50 |
| 73-P&H | UPS-Ground | | 15.00 | 15.00 |
| | Brian Gaffey and Kevin Gaffey vs. Acadia Insurance | | | |
| | depos of Kevin and Brian Gaffey<br>11/18/05 | | | |

| | |
|---|---|
| **Total** | $417.50 |
| **Balance Due** | $417.50 |

Please make checks payable to Hennessey Corp., Tax ID
04-3491166

RECEIVED NOV 29 2005 By ___

**Stephen M. Ouellette, Esquire**
163 Cabot Street
Beverly, MA 01915
www.fishlaw.us

BANKNORTH, N.A.
MASSACHUSETTS
53-7054/2113

11687

1/20/2006

PAY TO THE ORDER OF   Hennessey Corp. d/b/a Robert H. Lange          $ **417.50

Four Hundred Seventeen and 50/100******************************************************************* DOLLARS

Hennessey Corp. d/b/a Robert H. Lange
50 Congress Street, Suite 525
Boston, MA 02109

Tax ID: 04-3491166
MEMO  Invoice #18783   Gaffey v. Acadia Ins.

⑈011687⑈ ⑆211370545⑆ 169005320⑈

# Downing & Peters
# Reporting Associates
## 79 Atlantic Place
## South Portland, Maine 04106-2316

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21799 | 12/21/2005 | 02-81381 |
| **Job Date** | **Reporter** | **Case No.** |
| 12/19/2005 | COOKCA | 04-CV-12354 |
| **Case Caption** | | |
| Brian & Kevin Gaffey vs. Acadia Ins. Co | | |

*"Celebrating over 30 Years in business"*

David Smith, Esq.
Cianciulla & Ouellette
163 Cabot Street
Beverly, MA 01915

| | | | |
|---|---|---|---|
| The Transcription of:<br>  Claire Mullaney | 43 Pages @ | 3.10/Page | 133.30 |
| The Transcription of:<br>  Barbara Taylor | 39 Pages @ | 3.10/Page | 120.90 |
| REPORTER ATTENDANCE | | | 100.00 |
| Delivery | | | 5.00 |
| **TOTAL DUE >>>>** | | | **359.20** |

| Federal Tax ID No. |
|---|
| 01-0321947 |

(978) 922-9933

*Please detach bottom portion and return with payment.*

