Stephen M. Ouellette, Esquire

163 Cabot Street  
Beverly, MA 01915  
------------------------  
Federal Tax ID No. 04-3272496

Invoice #   1920

BILL TO

Gaffey

10/2/2006

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/21/2004 | CF | Work on CFA. Draft letters to Bert and Doughty. | 0.4 | 175.00 | 70.00 |
| 7/30/2004 | CF | Finish CFA and forward package to client. | 0.2 | 175.00 | 35.00 |
| 8/11/2004 | CF | Draft letter to Kevin. | 0.1 | 175.00 | 17.50 |
| 8/16/2004 | CF | Spoke with client by telephone. | 0.1 | 175.00 | 17.50 |
| 8/31/2004 | CF | Draft letter to Dougherty. Spoke with Bert by telephone. | 0.3 | 175.00 | 52.50 |
| 9/10/2004 | CF | Review transcript. | 1 | 175.00 | 175.00 |
| 9/13/2004 | CF | Draft Demand letter and gather documents for letter. Spoke with client. | 2.5 | 175.00 | 437.50 |
| 9/15/2004 | CF | Finish demand and get it out. | 1 | 175.00 | 175.00 |
| 10/15/2004 | CF | Spoke with client and review letter from Acadia. | 0.1 | 175.00 | 17.50 |
| 10/27/2004 | CF | Draft complaint. | 1 | 175.00 | 175.00 |
| 11/2/2004 | CF | File complaint. | 0.4 | 175.00 | 70.00 |
| 11/23/2004 | CF | Work on drafting documents, interrogatories and serving. | 3 | 175.00 | 525.00 |
| 12/3/2004 | CF | Draft letter to court. | 0.1 | 175.00 | 17.50 |
| 1/12/2005 | CF | Spoke with Len. | 0.1 | 175.00 | 17.50 |
| 1/18/2005 | CF | Draft initial disclosures. | 1 | 175.00 | 175.00 |
| 1/25/2005 | CF | Read Motion and draft letter to legal research. | 1 | 175.00 | 175.00 |
| 1/26/2005 | CF | Finish letter to Len. Spoke with Len. Draft letters to Clients. | 1.3 | 175.00 | 227.50 |
| 1/28/2005 | CF | Spoke with Brian by telephone. | 0.4 | 175.00 | 70.00 |
| 1/31/2005 | CF | Spoke with Len and conduct legal research into motion to dismiss. | 1.8 | 175.00 | 315.00 |
| 2/2/2005 | CF | Finalize letter to Len. | 0.5 | 175.00 | 87.50 |
| 2/3/2005 | DSS | Spoke by telephone with Len. | 0.2 | 170.00 | 34.00 |

**Total**

Stephen M. Ouellette, Esquire

163 Cabot Street  
Beverly, MA 01915  
------------------------  
Federal Tax ID No. 04-3272496

Invoice #   1920

BILL TO

Gaffey

10/2/2006

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/4/2005 | CF | Work on Rule 11 motion. Spoke by client and with Marshall. | 2 | 175.00 | 350.00 |
| 2/28/2005 | DSS | Draft joint statement and forward to Len. | 0.5 | 170.00 | 85.00 |
| 3/8/2005 | DSS | Spoke by telephone with Len. | 0.1 | 170.00 | 17.00 |
| 3/11/2005 | CF | Spoke with client by telephone. | 0.2 | 175.00 | 35.00 |
| 3/17/2005 | CF | Spoke with Len by telephone. | 0.1 | 175.00 | 17.50 |
| 3/18/2005 | CF | Draft 16.1(d) certificate. Draft letter to client and forward certificate. | 0.4 | 175.00 | 70.00 |
| 3/28/2005 | CF | Forward 16.1 filing. | 0.2 | 175.00 | 35.00 |
| 5/4/2005 | CF | Spoke with Len by telephone. | 0.1 | 175.00 | 17.50 |
| 5/6/2005 | CF | Review disclosure. | 0.1 | 175.00 | 17.50 |
| 5/9/2005 | CF | Spoke with Len by telephone. | 0.3 | 175.00 | 52.50 |
| 5/12/2005 | CF | Spoke with client by telephone. | 0.2 | 175.00 | 35.00 |
| 5/16/2005 | CF | Telephone conference with Len and Judge. | 0.3 | 175.00 | 52.50 |
| 5/23/2005 | CF | Forward e-mail to Len. | 0.1 | 175.00 | 17.50 |
| 6/15/2005 | CF | Review documents from Acadia. | 0.5 | 175.00 | 87.50 |
| 6/21/2005 | CF | Spoke with mark Priest's attorney. | 0.1 | 175.00 | 17.50 |
| 6/22/2005 | DSS | Draft additional document request. | 0.5 | 170.00 | 85.00 |
| 6/27/2005 | CF | Request additional documents. | 0.5 | 175.00 | 87.50 |
| 7/19/2005 | OA | 93A Letter/Research | 2 | 50.00 | 100.00 |
| 7/21/2005 | CF | Review 16.1. | 0.2 | 175.00 | 35.00 |
| 7/26/2005 | OA | 93A Letter | 1.5 | 50.00 | 75.00 |
| 8/9/2005 | CF | Exchange mails. | 0.1 | 175.00 | 17.50 |
| 8/15/2005 | CF | Spoke with Len. | 0.1 | 175.00 | 17.50 |
| 8/17/2005 | CF | Start on motion to compel. | 0.5 | 175.00 | 87.50 |
| 8/18/2005 | CF | Work on Motion to Compel. | 1 | 175.00 | 175.00 |

**Total**

Stephen M. Ouellette, Esquire

163 Cabot Street  
Beverly, MA 01915  
------------------------  
Federal Tax ID No. 04-3272496

Invoice #  1920

BILL TO

Gaffey

10/2/2006

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/19/2005 | CF | Motion to compel and exchange emails with Len. | 2 | 175.00 | 350.00 |
| 8/29/2005 | CF | Send motion out. Draft letter to Court. | 0.3 | 175.00 | 52.50 |
| 9/2/2005 | CF | Spoke with Len and review confidentiality agreement. | 0.8 | 175.00 | 140.00 |
| 9/6/2005 | CF | Motion to compel. | 1.5 | 175.00 | 262.50 |
| 9/7/2005 | CF | Review table and spoke with Len twice by telephone. | 0.5 | 175.00 | 87.50 |
| 9/8/2005 | CF | Spoke with Len by telephone. | 0.1 | 175.00 | 17.50 |
| 9/14/2005 | CF | With draw motion to compel. | 0.3 | 175.00 | 52.50 |
| 9/14/2005 | CF | Spoke with Kevin and Brian. | 0.6 | 175.00 | 105.00 |
| 9/27/2005 | CF | Draft status report. | 0.4 | 175.00 | 70.00 |
| 10/5/2005 | CF | Spoke with clients by telephone. | 0.1 | 175.00 | 17.50 |
| 10/12/2005 | CF | Spoke with Court by telephone. | 0.1 | 175.00 | 17.50 |
| 10/17/2005 | CF | Work on scheduling depositions. | 0.1 | 175.00 | 17.50 |
| 10/24/2005 | CF | Spoke by telephone with client and with Tyler Banks. Review demand letter. | 0.5 | 175.00 | 87.50 |
| 10/26/2005 | CF | Begin working on document responses. | 1 | 175.00 | 175.00 |
| 10/27/2005 | CF | Go through documents and research issue. | 2 | 175.00 | 350.00 |
| 10/28/2005 | CF | Go to Court and meet with client. Legal research at library. | 2 | 175.00 | 350.00 |
| 11/1/2005 | CF | Spoke with client by telephone. | 0.3 | 175.00 | 52.50 |
| 11/14/2005 | DSS | Spoke with client by telephone. | 0.2 | 170.00 | 34.00 |
| 11/18/2005 | DSS | Prepare for and attend the depositions of Brian and Kevin Gaffey. | 5.5 | 170.00 | 935.00 |
| 11/23/2005 | DSS | Draft notices of depositions. | 0.3 | 170.00 | 51.00 |

**Total**

Stephen M. Ouellette, Esquire

163 Cabot Street  
Beverly, MA 01915  
------------------------  
Federal Tax ID No. 04-3272496

Invoice #   1920

BILL TO

Gaffey

10/2/2006

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/19/2005 | DSS | Travel to Portland to take depositions of Claire Mulhaney and Barbara Taylor. | 8 | 170.00 | 1,360.00 |
| 1/5/2006 | DSS | Work on organizing file in preparation of summary judgment motion. | 1 | 170.00 | 170.00 |
| 1/6/2006 | DSS | Review depositions and prepare statement of facts. | 2 | 170.00 | 340.00 |
| 1/9/2006 | DSS | Work on motion for summary judgment and supporting documents. | 6 | 170.00 | 1,020.00 |
| 1/10/2006 | DSS | Research and continue drafting memorandum, statement of facts, etc. | 4.5 | 170.00 | 765.00 |
| 1/11/2006 | DSS | Research ALR at Salem Law Library. | 0.6 | 170.00 | 102.00 |
| 1/13/2006 | DSS | Organize and scan exhibits. | 3.5 | 170.00 | 595.00 |
| 1/20/2006 | DSS | Edit Gaffey motion, memorandum and statement of facts. Draft affidavit. | 4 | 170.00 | 680.00 |
| 1/23/2006 | DSS | Finish motion. Draft letter to Len concerning confidentiality documents. | 3 | 170.00 | 510.00 |
| 1/24/2006 | DSS | Spoke with Len by telephone. | 0.1 | 170.00 | 17.00 |
| 1/26/2006 | DSS | Edit brief and file. Edit additional redactions. | 3 | 170.00 | 510.00 |
| 1/27/2006 | DSS | Spoke with client by telephone. | 0.2 | 170.00 | 34.00 |
| 2/6/2006 | DSS | Spoke with Len by telephone. | 0.1 | 170.00 | 17.00 |
| 2/13/2006 | DSS | Look at Statement of Facts. | 2 | 170.00 | 340.00 |
| 2/14/2006 | DSS | Work on brief. | 1 | 170.00 | 170.00 |
| 2/15/2006 | DSS | Work on summary judgment reply. | 3.3 | 170.00 | 561.00 |
| 2/16/2006 | DSS | Work on reply and cross motion on 93A. | 4 | 170.00 | 680.00 |
| 2/17/2006 | DSS | Work on brief. | 3 | 170.00 | 510.00 |
| 2/17/2006 | DSS | Work on reply. | 1 | 170.00 | 170.00 |
| 2/21/2006 | DSS | Work on brief. | 2 | 170.00 | 340.00 |

**Total**

Stephen M. Ouellette, Esquire

163 Cabot Street  
Beverly, MA 01915

------------------------

Federal Tax ID No. 04-3272496

Invoice #  1920

BILL TO  
Gaffey

10/2/2006

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/23/2006 | DSS | Spoke with Langer. Sent e-mail to client concerning rescheduling. | 0.3 | 170.00 | 51.00 |
| 3/8/2006 | DSS | Exchange emails. | 0.2 | 170.00 | 34.00 |
| 3/15/2006 | DSS | Forward email to client with change in schedule. | 0.1 | 170.00 | 17.00 |
| 8/1/2006 | DSS | Spoke with client by telephone. | 0.2 | 170.00 | 34.00 |
| 8/9/2006 | DS | Begin preparing for motion for summary judgment. | 3 | 170.00 | 510.00 |
| 8/10/2006 | DS | Finish preparing for hearing and attend hearing in Boston. | 6 | 170.00 | 1,020.00 |
| | Reimb Group | | | | |
| 10/8/2004 | | FedEx | | 8.46 | 8.46 |
| 11/2/2004 | | Civil Filing Fee | | 150.00 | 150.00 |
| 7/14/2005 | | Fedex | | 11.14 | 11.14 |
| 11/25/2005 | | Fed Express | | 9.93 | 9.93 |
| 11/25/2005 | | Fed Express | | 11.47 | 11.47 |
| 12/27/2005 | | Depos of Claire Mullaney & Barbara Taylor | | 359.20 | 359.20 |
| 1/20/2006 | | Depos of Kevin and Brian Gaffey | | 417.50 | 417.50 |
| 2/17/2006 | | Fed Ex | | 9.66 | 9.66 |
| 2/17/2006 | | Fed Ex | | 13.10 | 13.10 |
| 2/17/2006 | | Fed Ex | | 13.10 | 13.10 |
| | | Total Reimbursable Expenses | | | 1,003.56 |

**Total**  $19,259.06