UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.: 04-CV-12354-RGS |
| | ) | |
| ACADIA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED FINAL JUDGMENT**

Upon reading the Plaintiffs' Motion for Partial Summary Judgment and the opposition provided by Acadia and after hearing, the Court that after viewing the evidence in the light most favorable to the Defendant, Acadia Insurance Company, there is no genuine dispute of material fact, and it is this ___ day of October, 2006, by the United States District Court for the District of Massachusetts:

ORDERED that judgment be entered in favor of the Plaintiffs as to Count I of their Complaint;

ORDERED that the Plaintiffs are awarded the agreed value as stated in the policy of $37,000.00 less $2,851.83 representing the Plaintiffs' mitigation efforts for a total of $34,148.17;

ORDERED that prejudgment interest be calculated at the rate of 12% per annum from October 3, 2006 for a total prejudgment interest award of $12,293.34;

ORDERED that the Defendant pay the Plaintiffs costs pursuant to 28 U.S.C. §1920 in the amount of $926.70; and

ORDERED that the Defendant pay the Plaintiffs' legal fees and costs in the amount of $18,332.36.

THEREFORE, Final Judgment shall be entered in favor of the Plaintiffs against the Defendant for the total amount of $65,700.57.

                                                                                   _____
                                                                                     U.S. DISTRICT JUDGE

Date: _____