UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN GAFFEY and KEVIN GAFFEY, | ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.: 04-CV-12354-RGS |
| | ) | |
| ACADIA INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

## SECOND AFFIDAVIT OF BRIAN GAFFEY

I, Brian Gaffey, under oath depose and say:

1. I am one of the Plaintiffs in the above entitled action.

2. I received invoices from Looney & Grossman and Patrick J. Dougherty, Esq. in association with the litigation with Pamela Jordan. Redacted copies of those invoices are attached to Exhibit D at 134-152.

3. Based upon the invoices that I received, my brother and I paid Attorney Snyder of Looney & Grossman a total of $6,851.67 for legal services to deal with Pamela Jordan lawsuit.

4. Based upon the invoices that I received, my brother and I paid Attorney Patrick J. Dougherty a total of $2,332.50 for legal services to deal with Pamela Jordan lawsuit.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF October, 2006.

/s/ BRIAN GAFFEY_____
Brian Gaffey

1