UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12354-RGS

BRIAN GAFFEY and KEVIN GAFFEY,

v.

ACADIA INSURANCE COMPANY

October 20, 2006

FINAL JUDGMENT

STEARNS, D.J.

Upon consideration of the pleadings and argument and consistent wit the court's opinion of September 25, 2006, it is ORDERED that judgment be entered in favor of the plaintiffs as to Count I of their Complaint.

It is further ORDERED that the plaintiffs be awarded the policy value of $37,000.00, less $2,851.83 in mitigation of damages, for a total of $34,148.17;

ORDERED that prejudgment interest be calculated at the rate of 12% per annum from October 3, 2003 for a total prejudgment interest award of $12,293.34; and

ORDERED that defendant Arcadia Insurance Company pay the plaintiffs costs pursuant to 28 U.S.C. §1920 in the amount of $926.70.

Final Judgment shall enter in favor of the plaintiffs for the total amount of $47,368.21.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE