# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV-12354-RGS

| | |
|---|---|
| BRIAN AND KEVIN GAFFEY | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| ACADIA INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant | ) |

## SATISFACTION OF JUDGMENT

NOW COME BRIAN GAFFEY and KEVIN GAFFEY, Plaintiffs in the above captioned matter, and acknowledge that the Judgment dated October 20, 2006, including interest, has been satisfied in full.

Dated:   October 30, 2006

/s/   BRIAN GAFFEY

/s/   KEVIN GAFFEY

Acadia/Gaffey
Sat Judgment-Elec
10.30.06